# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

147270

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TOM BARROW,
    Plaintiff-Appellee,

v

               SC: 147270
               COA: 316695
               Wayne CC: 13-007068-AW

CITY OF DETROIT ELECTION
COMMISSION and CITY CLERK FOR
THE CITY OF DETROIT,
    Defendants,
and

MICHAEL DUGGAN and MICHAEL
DUGGAN FOR MAYOR COMMITTEE,
    Intervening Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED as moot.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



Clerk

p0619